# Statement of Claim

On or about March 25th 2024 while working in food service I broke my finger. I went directly to Cook III Bauer and told her I was hurt and in pain. Bauer did not fill out any accident reports or offer medical care. Bauer said give me a minute and she never got back to me. I was forced to complete my shift in a great deal of pain. When my shift ended I went to medical and tried to get emergency care known as a self-declare emergency. Medical staff told me to fill out a standard HSR (Health Services request) and wait to be seen. Bones start to heal in under a hour. I was not seen 4-3-24 over a week later. A week of constant pain, suffering, fear, and emotional distress because of my injury. A piece of bone was pushing against the skin on my finger trying to break through. They never took an X-Ray until 4-25-24 and as of today no steps have been taken to repair my broken finger (Its 5-17-24). Every time I roll over in my sleep, bump into anything, or get bumped into the pain about brings tears to my eyes.

Cont...

A simple broken finger could have been set and bandaged at the time of injury, it would be healing by now. I was denied emergency care by Cook III Bauer.

I have always worked with my hands and now my options will be limited. I will be a disabled american with a felony. I am seeking punitive damages in the amount of $12,000,000 (12M) for pain and suffering, loss of future wages, emotional distress, and crule and unusual punishment.

With reguard to Cook III Angelo Bauer I feel like she needs to pay the $100,000 I requested because she failed me and DOC. Bauer should have followed policy and procedure and immediately filled out a accident report and given me medical attention. The options to repair my finger now include cutting the tip of it off or putting pins in it leaving me unable to bend it. Bauer knows DOC policy and she failed to follow it. I came to DOC on a 4 year sentence and because of Bauer and DOC I'm leaving with a life long injury and disability.

Bauer could have taken 5 minutes out of her day and done her job and I would not be in constant pain. I would leave prison able to work if Bauer had sent me to medical and filled out a accident report. I hope you order her to pay for her actions or lack of action as it were. Maybe a monthly payment or garnishment will help her remember people matter and a hurt person needs medical attention. Help her remember to follow Policy so the next person hurt on her watch doesn't loose a finger leg or his life.

Just because I'm in prison it does not mean I don't matter. Please order the Missouri Dept of Corrections and Cook III angelo Bauer to pay for changing my life and not for the better.



Jerald Crews - 110 2299
FRDC
1393 State Route O
Fulton MO 65251

MAILED FROM
FULTON RECEPTION AND
DIAGNOSTIC CENTER

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

RECD MAY 28 2024

US District Court
222 John Q Hammond PRKWY
#1400
Springfield MO 65806

Legal Mail

RECEIVED
2024 JUN -4 PM 1:30
CLERK U.S. DIST. COURT
WESTERN DIST. OF MO
KANSAS CITY, MO

SCREENED BY
U.S. MARSHALS

NO

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Attn: Pris Pro Se