# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JERALD CREWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:24-cv-04091-SRB |
| vs. ) | |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Missouri Department of Corrections has informed the Court that Defendant Angel Bauer is no longer employed with the Missouri Department of Corrections. As directed, they have provided Defendant Bauer's last known addresses to the Court, *in camera*, for the purpose of service of process.

Accordingly, it is **ORDERED** that:

(1) the Clerk of the Court shall issue appropriate summons as authorized by Fed. R. Civ. P. 4, and shall deliver the summons, the amended complaint (Doc. 12), a mediation request form, and a copy of this Order to the United States Marshal for personal service of process on Defendant Bauer (at the addresses provided *in camera*);

(2) the United States Marshal shall attempt personal service of process of the summons, the complaint, a mediation request form, and a copy of this Order upon Defendant Bauer, as directed by Fed. R. Civ. P. 4; and

(3) Defendant Bauer is directed to answer or otherwise respond to Plaintiff's amended complaint within twenty-one days from the date of service as required by Fed. R. Civ. P. 12.

Dated: November 27, 2024.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE