IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JERALD CREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-04091-SRB |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Please take notice that Plaintiff Jerald Crews hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 11, 2024    Respectfully submitted,

KEENAN & BHATIA, LLC

__/s/E.E. Keenan_____
Edward (E.E.) Keenan (Mo. #62993)
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
Tel: (816) 925-2273
ee@keenanfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2024 the foregoing was filed with this Court's CM/ECF system, which will serve the foregoing upon all counsel.

                                            */s/ E.E. Keenan*
                                            Attorney for Plaintiff