# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JERALD CREWS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:24-cv-04091-SRB ) |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff has obtained counsel and filed a motion to voluntarily dismiss this case without prejudice. Doc. 22.

Upon review of the files and record in this case, it is **ORDERED** that: (1) Plaintiff's motion to voluntarily dismiss this case without prejudice (Doc. 22) is GRANTED; (2) Defendant Centurion Agency's motion to dismiss (Doc. 16) is DENIED as moot; and (3) this case is dismissed without prejudice. If Plaintiff wishes to pursue his claims at a later date, he must initiate a new case by submitting a new complaint and is advised that all applicable statutes of limitations continue to apply.

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Dated: December 11, 2024.