# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

---

### JUDGMENT IN A CIVIL CASE

JERALD CREWS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 24-cv-04091-SRB

MISSOURI DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: This case is dismissed without prejudice. If Plaintiff wishes to pursue his claims at a later date, he must initiate a new case by submitting a new complaint and is advised that all applicable statutes of limitations continue to apply.

Entered on: December 11, 2024.

                                              PAIGE WYMORE-WYNN
                                              CLERK OF COURT

                                              /s/ K. Willis
                                              (By) Deputy Clerk